IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *ex rel.* BRIAN THOMAS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.:  3:15-cv-00730-DRH-DGW |
| | ) | |
| LINCARE, INC., | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

### UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE IN PART

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States hereby notifies the Court of its election to intervene in part for settlement purposes against the defendant, Lincare, Inc., as to the *qui tam* Complaint's allegation regarding Lincare's waiving of co-pays for beneficiaries participating in Humana Medicare Part C plans in violation of the Anti-Kickback Statute.  The United States declines to intervene as to all other allegations in the Complaint.  The parties anticipate signing a Settlement Agreement within the next week that will provide for payments within ten days, and the dismissal of this action thereafter, pursuant to the terms and conditions of the contemplated Agreement.

The United States requests that the Relator's Complaint, this Notice, and the proposed Order accompanying this Notice be unsealed.  The United States requests that all other papers on file in this action remain under seal, because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order has been submitted for the Court's consideration.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
United States Department of Justice, Civil Division

STEVEN D. WEINHOEFT
United States Attorney

*/s/ Nicholas J. Biersbach*
NICHOLAS J. BIERSBACH
Assistant U.S. Attorney
Nine Executive Drive
Fairview Heights, IL 62208-1344
Phone: (618) 628-3700
Fax: (618) 622-3810
Nicholas.Biersbach@usdoj.gov

MICHAEL D. GRANSTON
TRACY L. HILMER
DAVID B. WISEMAN
Civil Division, Fraud Section
175 N Street, N.E., Room 9.204
Washington, D.C. 20002
Tel: 202-514-0132
David.Wiseman@usdoj.gov

Attorneys for United States

**CERTIFICATE OF SERVICE**

2

I hereby certify that on August 8, 2018, I electronically filed the foregoing **UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE IN PART** with the Clerk of Court using the CM/ECF system and also mailed by United States Postal Service the foregoing document to counsel for the Relator as follows:

Mark A. Kistler
Michael F. Brady
Brady & Associates
10985 Cody St., Suite 135
Overland Park, KS  66210

Michael P. Downey
Raphael Nemes
Downey Law Group
49 North Gore Avenue, Suite 2
St. Louis, MO  63119

                                                            */s/ Nicholas J. Biersbach*
                                                            NICHOLAS J. BIERSBACH
                                                            Assistant U.S. Attorney