IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*ex rel.* BRIAN THOMAS, )<br> )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>LINCARE, INC., )<br> )<br>    Defendant. ) | Case No.: 3:15-cv-00730-DRH-DGW |

### JOINT STIPULATION OF DISMISSAL

Plaintiffs, Brian Thomas ("Relator") and the United States of America ("United States"), by and through their undersigned attorneys and pursuant to the agreements to settle this matter, hereby stipulate as follows:

1. The parties have executed settlement agreements regarding this matter.

2. The United States consents to this voluntary dismissal under the False Claims Act, 31 U.S.C. § 3730(b)(1).

3. The Relator agrees to dismiss all claims asserted in the Complaint (Doc. 1) with prejudice.

4. The United States agrees to dismiss all claims asserted in the Complaint with prejudice to the extent such claims are encompassed by the Covered Conduct as set forth in the Settlement Agreement between the United States and Lincare, Inc., and subject to the terms of that Agreement. The United States agrees to dismiss all other claims asserted in the Complaint without prejudice.

5. All parties agree to bear their own attorneys' fees and costs, except as otherwise agreed to by the parties.

6.      All parties agree this Court shall retain jurisdiction for purposes of enforcing all agreements entered into by and between the parties to this action.

WHEREFORE, the parties request that the Court enter an order dismissing this action as stated above.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
United States Department of Justice, Civil Division

STEVEN D. WEINHOEFT
United States Attorney

*/s/ Nicholas J. Biersbach*
NICHOLAS J. BIERSBACH
Assistant U.S. Attorney
Nine Executive Drive
Fairview Heights, IL 62208-1344
Phone: (618) 628-3700
Fax: (618) 622-3810
Nicholas.Biersbach@usdoj.gov

MICHAEL D. GRANSTON
TRACY L. HILMER
DAVID B. WISEMAN
Civil Division, Fraud Section
175 N Street, N.E., Room 9.204
Washington, D.C. 20002
Tel: 202-514-0132
David.Wiseman@usdoj.gov

Attorneys for United States

*/s/ Michael P. Downey (with consent)*[1]
MICHAEL P. DOWNEY
Downey Law Group LLC
49 North Gore Ave., Suite 2
St. Louis, MO  63119
(314) 961-6644
mdowney@downeylawgroup.com

MARK A. KISTLER
MICHAEL F. BRADY
Brady & Associates
10901 Lowell Avenue, Suite 280
Overland Park, KS  66210
(913) 696-0925

Attorneys for Relator Brian Thomas

**CERTIFICATE OF SERVICE**

---

[1] On May 30, 2018, AUSA Nicholas J. Biersbach obtained the consent of Attorney Michael P. Downey to include his electronic signature in this document on his behalf.

I hereby certify that on August 16, 2018, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system which will provide notification to the following registered participants:

Michael P. Downey – mdowney@downeylawgroup.com

>Respectfully submitted,
>
>STEVEN D. WEINHOEFT
>United States Attorney
>
>
>*/s/ Nicholas J. Biersbach*
>NICHOLAS J. BIERSBACH
>Assistant U.S. Attorney